FILED
CLERK, U.S. DISTRICT COURT

MAR - 9 2015

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. __CR 08-930-JAK__ |
|---|---|---|
| Plaintiff, | ) | ORDER OF DETENTION AFTER HEARING |
| | ) | (Fed.R.Crim.P. 32.1(a)(6) |
| v. | ) | 18 U.S.C. § 3143(a) |
| | ) | Allegations of Violations of |
| __Carlos Alfredo Castro__ | ) | Probation/Supervised Release |
| | ) | Conditions) |
| Defendant. | ) | |

On arrest warrant issued by the United States District Court for the ___CDCA___ involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

   A. (✓) the appearance of defendant as required; and/or

   B. (✓) the safety of any person or the community.

///
///
///
///
///
///

```
 1    2.    The Court concludes:
 2          A.    (✓) Defendant has failed to demonstrate by clear and
 3                convincing evidence that he is not likely to pose
 4                a risk to the safety of any other persons or the
 5                community.  Defendant poses a risk to the safety
 6                of other persons or the community based on:
 7                _____
 8                _____
 9                _____
10                _____
11                _____
12          B.    (✓) Defendant has failed to demonstrate by clear and
13                convincing evidence that he is not likely to flee
14                if released.  Defendant poses a flight risk based
15                on: _____
16                _____
17                _____
18                _____
19                _____
20
21          IT IS ORDERED that defendant be detained.
22
23     DATED:  3/9/15
24
25                                    _____
                                      HONORABLE JACQUELINE CHOOLJIAN
26                                    United States Magistrate Judge
27
28
```